UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-14119-MIDDLEBROOKS

ASHLEY HARRIS,

    Plaintiff,

v.

TRAVEL RESORTS OF AMERICA, INC.,

    Defendant.

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon a Notice of Voluntary Dismissal Without Prejudice filed by Plaintiff Ashley Harris on August 9, 2020. (DE 20). Plaintiff seeks to dismiss this case without prejudice. Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1) This case is **DISMISSED WITHOUT PREJUDICE**.

2) The Clerk of Court shall **CLOSE THIS CASE** and **DENY** all pending motions **AS MOOT**.

**SIGNED** in Chambers, at West Palm Beach, Florida, this 10th day of August, 2020.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE